UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

EMPIRE MERCHANTS, LLC,

                 Plaintiff,

      -against-

RELIABLE CHURCHILL LLLP, BREAKTHRU
BEVERAGE GROUP, LLC, CHARLES MERINOFF,
ARLYN B. MILLER, GREGORY L. BAIRD, TUSHAR
C. PATEL, NILESHKUMAR JASBHAI PATEL (a/k/a
NICK PATEL), PRATIBHA PATEL (a/k/a PANNA
PATEL), TECH PRIDE OF AMERICA, INC. (d/b/a HAPPY
40 LIQUORS; HAPPY 40 WINES & SPIRITS; HAPPY
40 DISCOUNT LIQUORS), ANIL PATEL, DILIP C. PATEL,
PRAKASH PATEL, SAM LIQUORS INC., BIN LUO
(a/k/a CHEN), BAO LIQUORS INC., BAO XIONG
ZHENG (a/k/a BAO XING ZHENG; BAO XION ZHENG),
OUR LIQUOR, INC., ALEXANDER J. LEW, TING WEI,
LTT WHISKEY, INC., KE YAO, YI FENG GAO, and
JOHN DOE DEFENDANTS NOS 1-50,

              Defendants.
-----------------------------------------------------------------------X

**JUDGMENT**
16-CV- 5226 (ARR)

      An Opinion and Order of Honorable Allyne R. Ross, United States District Judge,

having been filed March 16, 2017, directing the Clerk of Court to enter judgment dismissing Plaintiff's

RICO, RICO conspiracy, and § 1985(2) claims with prejudice; and dismissing Plaintiff's state law

claims without prejudice; it is

      ORDERED and ADJUDGED that Plaintiff's RICO, RICO conspiracy, and § 1985(2)

claims are dismissed with prejudice; and that Plaintiff's state law claims are dismissed without

prejudice.

Dated: Brooklyn, New York
      March 22, 2017

Douglas C. Palmer
Clerk of Court

by:    */s/ Janet Hamilton*
       Deputy Clerk