UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EMPIRE MERCHANTS, LLC, and
EMPIRE MERCHANTS NORTH, LLC,

                    Plaintiffs,                    No. 16-CV-5226 (ARR) (LB)

          v.

RELIABLE CHURCHILL LLLP, et al.,

                    Defendants.

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Empire Merchants, LLC ("Empire") appeals to

the United States Court of Appeals for the Second Circuit from the Judgment entered March

23, 2017 (the "Judgment"), and from any and all of the Court's rulings adverse to Empire

incorporated in, antecedent to, or ancillary to the Judgment.

Dated:   March 29, 2017

                              Respectfully submitted,


                              /s/ Randy M. Mastro
                              Randy M. Mastro

                              GIBSON, DUNN & CRUTCHER LLP

                              Randy M. Mastro
                              Lawrence J. Zweifach
                              Avi Weitzman

                              200 Park Avenue
                              New York, New York 10166
                              Tel: (212) 351-4000
                              Fax: (212) 351-4035
                              rmastro@gibsondunn.com
                              lzweifach@gibsondunn.com
                              aweitzman@gibsondunn.com

                              *Attorneys for Plaintiff Empire Merchants, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2017, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the Eastern District of New York on all parties registered for CM/ECF in the above-captioned matter:

/s/ Randy M. Mastro
Randy M. Mastro