

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.    RD 10\25

★  OCT 25 2019  ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EMPIRE MERCHANTS, LLC and EMPIRE MERCHANTS NORTH, LLC,

Plaintiffs,

vs.

RELIABLE CHURCHILL, LLLP, *et al.*,

Defendants.

No. 16-CV-5226(ARR)

## STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Plaintiff Empire Merchants, LLC ("**Plaintiff**") and Defendants Breakthru Beverage Group, LLC, Reliable Churchill, LLLP, Gregory L. Baird, Charles Merinoff, and Arlyn B. Miller (together, "**Breakthru Defendants**" and, collectively with Plaintiff, the "**Parties**" and each a "**Party**") have entered into a binding agreement to settle all actual or potential claims or counterclaims involving the Parties in the above-captioned litigation. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate, by and through their undersigned attorneys, that all claims against the Breakthru Defendants in this action may be dismissed in their entirety, with prejudice, with each Party to bear its own fees and costs. Undersigned counsel for each Party represent that they are authorized to sign this Joint Stipulation on behalf of their respective clients.

**WHEREFORE**, the Parties respectfully request that the Court dismiss all claims against the Breakthru Defendants in the above-captioned matter, with prejudice, with each Party to bear its own costs and attorneys' fees.

Dated: December 18, 2018
      New York, New York

Respectfully submitted,

GIBSON DUNN & CRUTCHER LLP

By: _____
    Randy M. Mastro
    200 Park Avenue
    New York, New York 10166
    Tel: (212) 351-3825
    Fax: (212) 351-5219
    rmastro@gibsondunn.com

*Attorneys for Plaintiff*
*Empire Merchants, LLC*

BOIES SCHILLER FLEXNER LLP

By: _____
    Sean F. O'Shea
    575 Lexington Avenue, 7th Floor
    New York, New York 10022
    Tel: (212) 446-2300
    Fax: (212) 446-2350
    soshea@bsf.com

*Attorneys for Defendants Breakthru*
*Beverage Group, LLC, Reliable*
*Churchill, LLLP, Gregory L. Baird,*
*Charles Merinoff, and Arlyn B. Miller*

So ordered.

/s/(ARR)

USDJ